UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2018

SEAN F. McAVOY, CLERK

U.S.A. vs.        Weikert Jr., Frederick        Docket No.        2:17CR00128-RMP-10

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, U.S. Probation Officer presenting an official report upon the conduct of defendant Frederick Weikert Jr., who was placed under a pretrial diversion agreement for a period of 24 month by the Honorable Rosanna Malouf Peterson, U.S. District Court Judge sitting in the Court at Spokane, Washington, on the 18th day of December 2017, under the following conditions:

**Condition #1(a):** Defendant will not violate any federal, state, or local law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Frederick Weikert, Jr., is alleged to have been arrested for possession of a controlled substance, methamphetamine, on November 7, 2018.

On January 2, 2018, the undersigned officer reviewed the conditions of the pretrial diversion agreement with Mr. Weikert. He acknowledged an understanding of his conditions, which included condition number 1(a).

The following information was gathered Spokane County Sheriff's Office (SCSO) report number 2018-10156530.

On November 7, 2018, at approximately 11:59 a.m., a deputy with the SCSO was driving through a parking lot of a church in Spokane County, Washington. The deputy observed a male and female crouching in the shrubs on the north side of the building, by the edge of the building.

The deputy contacted the male and female. They said they were passing the time and voluntarily provided their names to the deputy. The male identified himself as Mr. Weikert. The deputy verified Mr. Weikert had an active civil bench warrant.

Subsequently, Mr. Weikert was placed under arrest without incident. Mr. Weikert allegedly told the deputy that he had needles and a bag of drugs in his left pant pocket. During the search of Mr. Weikert's body, the deputy located a box in his left pant pocket that contained needles and small bag containing a crystalline substance. Based on his training and experience, the deputy recognized the substance to be methamphetamine. The substance field tested positive for the presence of methamphetamine.

Based on Mr. Weikert being in possession of methamphetamine, the deputy established probable cause to charge him with possession of a controlled substance.

On November 8, 2018, Mr. Weikert appeared on a "non-charge" in Spokane County Superior Court case number 18-1-04965-3. Spokane County Superior Court established conditions of release at that time. Arraignment in this matter is scheduled for November 20, 2018, at 1:30 p.m.

PRAYING THAT THE COURT WILL ORDER A WARRANT

Re: Weikert Jr., Frederick
November 9, 2018
Page 2

                      I declare under the penalty of perjury that the foregoing is true and correct.

                      Executed on:    November 9, 2018

by    s/Erik Carlson

                      Erik Carlson
                      U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

11/9/2018

Date