FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 06, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FREDERICK WEIKERT, JR. (10),<br><br>Defendant. | NO: 2:17-CR-128-RMP-10<br><br>ORDER APPROVING PRETRIAL DIVERSION AGREEMENT MODIFICATION |

The Court has received and considered the Pretrial Diversion Agreement Modification ("the Modification") in the above-captioned matter, in which the United States and Defendant have agreed to certain modifications of the conditions of Defendant's Pretrial Diversion Agreement, without extending the term of Defendant's diversion period beyond its current expiration of December 18, 2019.

The Court notes that the Modification has been signed by counsel for the United States, and by Defendant Fredrick Weikert, Jr. ("Defendant"), individually and by and through Defendant's counsel, Bryan Whitaker, indicating the assent of all parties and counsel.

ORDER APPROVING PRETRIAL DIVERSION AGREEMENT MODIFICATION ~ 1

Upon a finding of good cause, the Court **APPROVES** the Modification and **INCORPORATES** the Modification into the original Pretrial Diversion Agreement, ECF No. 298.

The Court further **ORDERS** as follows:

All of the terms of Defendant's Pretrial Diversion Agreement, ECF No. 298, remain in place.

In addition to those terms, the Court **HEREBY ORDERS** the following additional conditions of pretrial supervision:

1. Defendant shall not commit another federal, state or local crime.
2. Defendant shall be truthful when responding to the questions asked by the supervising United States Probation Officer ("Probation Officer").
3. If Defendant is contacted, spoken to, arrested, or questioned by a law enforcement officer, Defendant must notify the supervising Probation Officer within 72 hours.
4. Defendant shall follow the instructions of the supervising Probation Officer related to the conditions of supervision.
5. During the Diversion Period, Defendant shall submit to any United States Probation Officer conducting a warrantless search of Defendant's person, residences, offices, vehicles, belongings, and areas under Defendant's exclusive or joint control. The Probation Officer need not articulate any quantum of suspicion before conducting such a

search during the Diversion Period.  Failure to submit to search may be grounds for revocation.  Defendant shall warn persons with whom Defendant shares a residence that the premises may be subject to search.

6. Defendant shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into, and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the Court.  Defendant shall contribute to the cost of treatment according to Defendant's ability to pay.  Defendant shall allow full reciprocal disclosure between the supervising Probation Officer and treatment provider.

7. Defendant shall abstain from the possession, use, and distribution of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act, 21 U.S.C. § 802, without a prescription by a licensed medical practitioner.  Defendant shall not possess or use marijuana in any amount, regardless of whether she has a prescription by a licensed medical practitioner.

8. Defendant shall submit to urinalysis and/or sweat patch testing, as directed by the supervising Probation Officer, up to six tests per month, in order to confirm continued abstinence from these substances.

9. Defendant shall submit to a mental health evaluation and undergo any recommended treatment as directed by the United States Probation and/or Pretrial Services Offices.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel and to the U.S. Probation Office.

**DATED** December 6, 2018.

> *s/ Rosanna Malouf Peterson*
> ROSANNA MALOUF PETERSON
> United States District Judge