PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 24 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

U.S.A. vs.         Weikert, Jr., Frederick         Docket No.         2:17CR00128-RMP-10

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, U.S. Probation Officer, presenting an official report upon the conduct of defendant Frederick Weikert, Jr., who was placed under a pretrial diversion agreement for a period of 24 months, by the Honorable Rosanna Malouf Peterson, U.S. District Court Judge, sitting in the Court at Spokane, Washington, December 17, 2018.

On December 6, 2018, Frederick Weikert, Jr. appeared before the Honorable Rosanna Malouf Peterson, U.S. District Judge, in Spokane, Washington, after a petition was submitted to the Court alleging Mr. Weikert had been arrested for possession of a controlled substance. The Court released Mr. Weikert under the following modified conditions of pretrial diversion:

**Condition #1:** Defendant shall not commit another federal, state or local crime.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Frederick Weikert, Jr., is alleged to have been arrested for fourth degree assault on January 20, 2019.

On January 2, 2018, the undersigned officer reviewed the conditions of the pretrial diversion agreement with Mr. Weikert. He acknowledged an understanding of his conditions, which included a condition that he not violate any laws.

On December 6, 2018, Mr. Weikert appeared before the Honorable Rosanna Malouf Peterson, U.S. District Judge, for a pretrial diversion violation hearing. The Court modified the conditions of Mr. Weikert's pretrial diversion, which included condition number 1.

The following information was gathered by Spokane County Sheriff's Office (SCSO) report number 2019-10009061.

On January 20, 2019, at approximately 1:24 a.m., a deputy with the SCSO responded to a fight, at 6422 E. Trent in Spokane Valley, Washington. The deputy advised that Mr. Weikert allegedly threw a female, Ladonna Taylor, to the ground.

Upon arrival, the deputy contacted the complainant and he advised he was at his residence when he heard arguing coming from outside. The complainant went outside and allegedly observed Mr. Weikert grab Ms. Taylor by the shoulders and throw her to the ground. He observed Ms. Taylor slap Mr. Weikert's face and told him to stop. He also allegedly observed Mr. Weikert pull out a large hunting knife, but Ms. Taylor told Mr. Weikert to leave before law enforcement arrived. He said Mr. Weikert made no threats with the knife. Subsequently, the complainant collected the knife and hid it under a vehicle until law enforcement arrived. The complainant told the deputy that he saw Mr. Weikert and Ms. Taylor at Cheap Shots Bar earlier in the morning, but had never seen the couple before that day.

The deputy then spoke with Ms. Taylor. She advised she and Mr. Weikert reside in "Deep Creek" and are engaged to be married. Ms. Taylor said Mr. Weikert had been working in Spokane Valley, Washington, and she came out to visit him. Earlier in the day, Ms. Taylor and Mr. Weikert started drinking alcohol and started arguing on how they could get home. As they walked down the road, Ms. Taylor and Mr. Weikert were arguing. However, she adamantly denied having a physical confrontation with Mr. Weikert. Ms. Taylor further reported, the complainant allegedly ran out of his house and attempted to start a fight with Mr. Weikert, threatened to call the police, and then walked away.

PS-8

Re: Weikert Jr., Frederick
January 24, 2019
Page 2

The deputy did not observe any marks on Ms. Taylor. She refused to answer any "Lethality Assessment Program" questions from the deputy.

The deputy also contacted Mr. Weikert. He advised that he and Ms. Taylor had been drinking alcohol all night and they live in "Deep Creek." Mr. Weikert indicated he and Ms. Taylor were arguing on how they could get home. He denied getting into a physical confrontation with Ms. Taylor.

Mr. Weikert then advised the complainant came out of his house yelling, saying he was going to call the police and they needed to go somewhere else. Mr. Weikert allegedly told the complainant that they were on a public side walk, at which time the complainant came at him. Mr. Weikert said he pulled out the knife to defend himself.

The deputy did not observe any marks on Mr. Weikert.

Based on the complainant's statement, the deputy arrested Mr. Weikert for fourth degree assault domestic violence.

Available court records indicate, Mr. Weikert has been formally charged in Spokane County District Court with fourth degree assault. His arraignment is scheduled for January 29, 2019, at 9 a.m.

### PRAYING THAT THE COURT WILL ISSUE A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: January 24, 2019

by  s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

1/24/19
Date