# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 15, 2019

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Weikert Jr., Frederick | Docket No. | 2:17CR00128-RMP-10 |

## Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, U.S. Probation Officer, presenting an official report upon the conduct of defendant Frederick Weikert Jr., who was placed under a pretrial diversion agreement for a period of 24 months by the Honorable Rosanna Malouf Peterson, U.S. District Judge, sitting in the Court at Spokane, Washington, on the December 17, 2017.

On December 6, 2018, Frederick Weikert Jr., appeared before the Honorable Rosanna Malouf Peterson, U.S. District Judge, in Spokane, Washington, after a petition was submitted to the Court alleging Mr. Weikert had been arrested for possession of a controlled substance. The Court released Mr. Weikert under the following modified conditions of pretrial diversion.

On February 27, 2019, Mr. Weikert appeared before the Honorable Rosanna Malouf Peterson, U.S. District Judge, in Spokane, Washington, for a pretrial diversion revocation hearing. The Court held the alleged violations in abeyance for 2 months due to Mr. Weikert's health issues. The Court added a condition of the pretrial diversion agreement at that time.

**Condition #7:** Defendant shall abstain from the possession, use, and distribution of a narcotic drug or other controlled substances, as defined in section 102 of the Controlled Substances Act (21 U.S.C. 802), without a prescription by a licensed medical practitioner. Defendant shall not possess or use marijuana in any amount, regardless of whether he has a prescription by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #11:** Frederick Weikert Jr., admitted to ingesting heroin on a regular basis for the past 2 months. His last reported use of heroin was on March 13, 2019.

On December 6, 2018, Mr. Weikert appeared before the Honorable Rosanna Malouf Peterson, U.S. District Judge, for a pretrial diversion violation hearing. The Court modified the conditions of Mr. Weikert's pretrial diversion agreement, which included condition number 7.

On January 25, 2019, the undersigned officer reviewed the modified conditions of the pretrial diversion agreement. Mr. Weikert demonstrated an understanding of the conditions, which included condition number 1.

On March 14, 2019, Mr. Weikert reported to the U.S. Probation Office and met with the undersigned officer. During that meeting, Mr. Weikert verbally admitted to ingesting heroin on a regular basis for the past 2 months. His last reported use of heroin was on March 13, 2019.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

PS-8
Re: Weikert Jr., Frederick
March 15, 2019
Page 2

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: March 15, 2019 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[x]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[x]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_Rosanna Malouf Peterson_
Signature of Judicial Officer

3/15/2019
Date