PROB 12C
(6/16)

Report Date:  June 9, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 10, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Frederick Weikert          Case Number: 0980 2:17CR00128-RMP-10

Address of Offender:                              , Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: June 25, 2019

Original Offense:          Bank Fraud, 18 U.S.C. § 1344(1)(2)

| | | |
|---|---|---|
| Original Sentence: | Prison - 107 days<br>TSR - 60 days | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: June 26, 2019 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: June 25, 2024 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.<br><br>**Supporting Evidence**: On June 5, 2020, Mr. Weikert was in direct violation of special condition number 4 by failing to report to the RRC as directed.<br><br>On June 27, 2019, Mr. Weikert was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgment stating he understood his conditions in full.<br><br>Mr. Weikert's housing  situation is very unstable.  Therefor he was referred to the RRC in order to secure appropriate housing. On June 4, 2020, Mr. Weikert understood that he needed to report to the RRC by June 5, 2020.<br><br>On June 6, 2020, the undersigned officer received an email from the assistant director of the RRC stating that Mr. Weikert failed to report on June 5, 2020. |

Prob12C
**Re: Weikert, Frederick**
**June 9, 2020**
**Page 2**

      2        **Special Condition # 9:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

               **Supporting Evidence**: On June 4, 2020, Mr. Weikert was in direct violation of special condition 9 by failing to report for a urine sample as directed.

               On June 27, 2019, Mr. Weikert was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgment stating he understood his conditions in full.

               On June 4, 2020, Mr. Weikert was directed to report to Pioneer Human Services (PHS) to supply a urine sample. Mr. Weikert fully understood that when his color GOLD 3 was called, he would need to report to PHS to supply a urine sample.

               On June 9, 2020, the undersigned officer was made aware that Mr. Weikert failed to report and supply a urine sample as directed.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/09/2020

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ X]  The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

6/10/2020

Date