PROB 12C
(6/16)

Report Date: July 8, 2020

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 08, 2020

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

| | | | |
|---|---|---|---|
| Name of Offender: | Frederick Weikert, Jr. | Case Number: | 0980 2:17CR00128-RMP-10 |
| Address of Offender: | | | Spokane, Washington 99202 |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: June 25, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Bank Fraud, 18 U.S.C. § 1344(1) & (2) | | |
| Original Sentence: | Prison - 107 days<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: | June 26, 2019 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: | June 25, 2024 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/09/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #9:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On June 19, 2020, Mr. Weikert was in direct violation of special condition number 9 by failing to report for a urine sample as directed.<br><br>On June 27, 2019, Mr. Weikert was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgment and stated he understood his conditions in full.<br><br>On June 18, 2020, Mr. Weikert was in an accident where he was hit by a vehicle while riding a bike. He later reported to this officer that he was medically discharged from the hospital on June 19, 2020.<br><br>Mr. Weikert understood he was cleared to report for his urine samples and understood that he needed to provide a urine sample if his color, GOLD 3, was called. On June 19, 2020, the color GOLD 3 was called and Mr. Weikert failed to report to Pioneer Human Services. |

Prob12C
Re: Weikert Jr., Frederick
July 8, 2020
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 8, 2020

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

7/8/2020

Date