PROB 12C
(6/16)

Report Date: July 2, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 02, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Frederick Weikert, Jr. | Case Number: 0980 2:17CR00128-WFN-10 |
| Address of Offender: ▉▉▉▉▉▉▉▉▉▉▉ Spokane, Washington 99224 | |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 25, 2019

| | | |
|---|---|---|
| Original Offense: | Bank Fraud, 18 U.S.C. § 1344(1)(2) | |
| Original Sentence: | Prison - 107 days<br>TSR - 60 days | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: June 26, 2019 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: June 25, 2024 |

## PETITIONING THE COURT

**To issue a warrant**, and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/02/2020 and 07/08/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 3**: You must abstain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of your release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.<br><br>**Supporting Evidence**: Mr. Weikert is alleged to have violated the terms of his supervised release by failing to appear for random urinalysis testing on June 29 and 30, 2021.<br><br>On June 27, 2019, Mr. Weikert was given a copy of his judgment and his conditions of supervision were explained to him.  He signed his judgment and stated he understood his conditions in full.<br><br>On August 17, 2020, Mr. Weikert entered the Sobriety Treatment and Education Program (STEP), and he was placed on random urinalysis testing color red.<br><br>On June 29 and 30, 2021, without being excused by his assigned U.S. probation officer, Mr. Weikert failed to report to Pioneer Human Services (PHS) to provide a urine sample after red was directed to test on said dates. |

Prob12C
**Re: Weikert, Jr., Frederick**
**July 2, 2021**
**Page 2**

| | |
|---|---|
| 5 | **Special STEP Ordered Condition Imposed June 17, 2021**: Mr. Weikert shall remain at the residential reentry center (RRC) for a period of up to 180 days. |

**Standard Condition # 13**: You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence**: On July 1, 2021, Mr. Weikert failed to report to the RRC as directed by his supervising U.S. probation officer.

On June 27, 2019, Mr. Weikert was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgment and stated he understood his conditions in full.

On June 17, 2021, Mr. Weikert was present for a STEP hearing before the Honorable Thomas O. Rice, U.S. District Judge. It was at that time Mr. Weikert was informed that he was to report to the RRC for a period of up to 180 days.

On July 1, 2021, his assigned U.S. probation officer communicated with Mr. Weikert, via text message, confirming his directive to report to the RRC before noon on this date. Collateral contact with RRC staff indicates Mr. Weikert failed to report to the RRC on July 1, 2021, as he was directed to do.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition, and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/02/2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C
**Re: Weikert, Jr., Frederick**
**July 2, 2021**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

_7/2/2021_____
Date