PROB 12C
(6/16)

Report Date: July 14, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 15, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Frederick Weikert, Jr.          Case Number: 0980 2:17CR00128-WFN-10

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 25, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Bank Fraud, 18 U.S.C. § 1344(1)(2) | | |
| Original Sentence: | Prison - 107 days<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: | June 26, 2019 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: | June 25, 2024 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/02/2020, 07/08/2020 and 07/2/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.<br><br>**Supporting Evidence**: Mr. Weikert is alleged to have violated the terms of his supervised release by failing to report a change in residence on or about July 1, 2021.<br><br>On June 27, 2019, Mr. Weikert was given a copy of his judgment and his conditions of supervision were explained to him.  He signed his judgment and stated he understood his conditions in full.<br><br>On July 1, 2021, Mr. Weikert was expected to enter a residence reentry center (RRC) as part of a Sobriety Treatment and Education Program (STEP) sanction (see alleged violation number 5 noted in the petition filed on July 2, 2021).  Mr. Weikert had an approved |

residence with a Pura Vida clean and sober house. However, due to continued drug use, he was sanctioned to enter the RRC.

On July 1 2021, he failed to enter the RRC. A warrant was subsequently issued for Mr. Weikert's arrest.

On July 13, 2021, telephone contact was made with Mr. Weikert. At that time, Mr. Weikert stated he had been staying with a cousin because he was kicked out of the Pura Vida house around July 1, 2021, due to his requirement to enter the RRC. Mr. Weikert advised he would provide his current address later that same day via text, however, failed to do so.

Contact was made with a representative of the Pura Vida house. They advised Mr. Weikert was terminated from their program because he had not paid rent in over 2 months and was regularly staying at other locations.

7     **Standard Condition # 7**: You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Mr. Weikert is alleged to have violated the terms of his supervised release by failing to report a change in employment, on or about July 1, 2021.

On June 27, 2019, Mr. Weikert was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgment and stated he understood his conditions in full.

On July 1, 2021, Mr. Weikert was expected to enter an RRC as part of a STEP sanction (see alleged violation number 5 noted in the petition filed on July 2, 2021). Mr. Weikert had an approved residence with a Pura Vida clean and sober house. However, due to continued drug use, he was sanctioned to enter the RRC.

On July 1 2021, he failed to enter the RRC. A warrant was subsequently issued for Mr. Weikert's arrest.

On July 13, 2021, telephone contact was made with Mr. Weikert. At that time, Mr. Weikert stated he was terminated from his place of employment due to his requirement to enter the RRC.

However, on July 12, 2021, during a community field contact at Couer d'Alene Windows, two separate supervisors advised he was terminated due to poor performance and poor attendance approximately 2 weeks prior.

Prob12C
**Re: Weikert, Jr., Frederick**
**July 14, 2021**
**Page 3**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  07/14/2021

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[x]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[x]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

July 15, 2021
Date