PROB 12C
(6/16)

Report Date: April 19, 2024

**United States District Court**

**for the**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 23, 2024

SEAN F. McAVOY, CLERK

**Eastern District of Washington**

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Frederick Weikert, Jr.          Case Number: 0980 2:17CR00128-TOR-10

Address of Offender: ███████████████████████████ Spokane, WA 99260

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 25, 2019

Original Offense:      Bank Fraud, 18 U.S.C. § 1344(1)(2)

Original Sentence:     Prison - 107 days;          Type of Supervision: Supervised Release
                       TSR - 60 months

Asst. U.S. Attorney:   David Michael Herzog        Date Supervision Commenced: June 26, 2019

Defense Attorney:      Federal Public Defender      Date Supervision Expires: June 25, 2024

---

**PETITIONING THE COURT**

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/09/2020, 07/08/2020, 07/02/2021 and 07/14/2021.

On June 27, 2019, a supervision intake was completed. Mr. Weikert's conditions of supervision were reviewed with him. He signed a copy of his judgment indicating an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
|  | **Supporting Evidence**: It is alleged that Frederick Weikert violated the terms of his supervised release by possessing a controlled substance, in violation of RCW 69.50.4013 GM, on or about April 16, 2024. |
|  | On April 14, 2024, a deputy with the Spokane County Sheriff's Office was driving past a parked truck located in the driveway of a residence in Mead, Washington. The deputy observed that the driver's side door was partially opened and a male, later identified as Frederick Weikert, was slumped over the wheel inside the truck. The deputy approached the vehicle and observed a suspected methamphetamine bong in the dash ashtray and a lighter near Mr. Weikert's right hand. |

**Prob12C**
**Re: Weikert, Jr., Frederick**
**April 19, 2024**
**Page 2**

As the deputy walked around, Mr. Weikert began to stir and partially sat upright. He told the deputy he had fallen asleep because he was really tired. He reluctantly provided names that were not his true name and questioned the deputy as to why he needed his date of birth. Mr. Weikert was detained and eventually provided his true name.

Mr. Weikert was frisked and hypodermic needles were located.

Mr. Weikert advised the deputy that he has been smoking "mexis" and passed out in the truck. He advised that he had been there for a few hours and knows the person who resides in the RV on the property. He advised the individual felt bad for him being in pain and had someone bring him the "mexis."

He gave consent to a search of the truck. The deputy located a plastic container on the driver's seat that contained suspected methamphetamine, and it later field tested presumptive positive for methamphetamine. In the vehicle, the deputy located a glass pipe with suspected methamphetamine residue in it, a piece of foil with suspected partially smoked "mexis" was found on the driver's seat, as well as another smoking device.

Mr. Weikert's U.S. Marshals Service (USMS) warrant was confirmed. He was booked into the Spokane County Jail on his USMS warrant, as well as two counts of possession of a controlled substance.

9          **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: It is alleged that Frederick Weikert violated the terms of his supervised release by possessing a controlled substance, on or about April 16, 2024.

Please see supporting evidence under alleged violation number 8.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     April 19, 2024

                 s/Melissa Hanson

                 Melissa Hanson
                 U.S. Probation Officer

Prob12C
**Re: Weikert, Jr., Frederick**
**April 19, 2024**
**Page 3**

## THE COURT ORDERS

[ ]    No Action

[ ]    The Issuance of a Warrant

[ ]    The Issuance of a Summons

[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.

[ ]    Defendant to appear before the Judge assigned to the case.

[X]    Defendant to appear before the Magistrate Judge.

[ ]    Other

_____
Thomas O. Rice
United States District Judge

April 22, 2024
_____
Date