PROB 12C
(6/16)

Report Date:  April 21, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 22, 2025

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Frederick Weikert                    Case Number: 0980 2:17CR00128-TOR-10

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Rosanna Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 25, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Bank Fraud, 18 U.S.C. § 1344(1)(2) | | |
| Original Sentence: | Prison - 107 days;<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(May 29, 2024) | Prison- 12 months<br>TSR - 48 months | | |
| Asst. U.S. Attorney: | David Herzog | Date Supervision Commenced: | February 10, 2025 |
| Defense Attorney: | John Steven Roberts, Jr. | Date Supervision Expires: | February 9, 2029 |

## PETITIONING THE COURT

To issue a warrant

On February 18, 2025, a supervision intake was completed at a residential reentry center (RRC), where Mr. Weikert was residing.  Mr. Weikert signed a copy of his judgment indicating an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.<br><br>**Supporting Evidence**: It is alleged Mr. Weikert violated the terms of his supervised release by being terminated from the RRC on or about April 19, 2025. |

Prob12C
**Re: Weikert, Frederick**
**April 21, 2025**
**Page 2**

On April 19, 2025, RRC staff advised that they located "inappropriate" pictures in Mr. Weikert's locker. He was asked by staff to remove the pictures and turn them into the RRC staff. Mr. Weikert refused stating, "No, those pictures are fine". RRC staff told him again that the pictures were not appropriate and if he chose not to remove them then staff would be the one to have to do that. Mr. Weikert then responded with "if you touch my pictures, I'll break your hands". He later approached RRC staff and apologized, but did not bring the photos in question to staff.

Mr. Weikert was terminated from the RRC as a result.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:      04/21/2025

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Thomas O. Rice
United States District Judge

April 22, 2025

Date